UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N CHARLES PODARAS,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY OF MENLO PARK ET AL et al,<br><br>          Defendant.<br>_____/ | Case Number: CV14-03152 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

N. Charles Podaras
c/o Schaub
1242 Burnett Street
Berkeley, CA 94702

Dated: December 10, 2014

Richard W. Wieking, Clerk
By: Tracy Kasamoto, Deputy Clerk