UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                              No. C 14-5085 SI (pr)

JON PEROTON,                                           **JUDGMENT**

       Plaintiff.

_____/

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 12, 2014                    _____
                                                                   SUSAN ILLSTON
                                                                   United States District Judge